United States District Court
Southern District of Texas
**ENTERED**
August 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MERARDO HERNANDEZ, §<br>"Plaintiff", §<br>§<br>v. §<br>§<br>TEXAS HEALTH AND HUMAN §<br>SERVICES COMMISSION, §<br>"Defendant". § | Civil Action No. 1:22-cv-00157 |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Defendant's "Motion to Dismiss Plaintiff's First Amended Complaint" ("MTD") (Dkt. No. 10) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 16). The R&R recommends this Court (1) grant Defendant's MTD (Dkt. No. 10); and (2) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Defendant's MTD (Dkt. No. 10) is **GRANTED**. Plaintiff's claims are **DISMISSED**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 7th day of August, 2023.

Rolando Olvera
United States District Judge